UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>ALL TYPE LLC, et al.,<br>    Defendants. | Case No. 2:25-cv-01452-RFB-NJK<br>**Order**<br>[Docket No. 23] |

Pending before the Court is a stipulation to extend time for Plaintiff to respond to Defendant Amy Reyes's motion to dismiss. Docket No. 23.

Local Rule IA 6-1 provides that a "motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." Further, Local Rule 7-1 states that stipulations "must be in writing and signed by all parties who have appeared or their attorneys," and that a stipulation "that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion."

In the instant filing, Plaintiff and Defendant Amy Reyes seek an extension of Plaintiff's deadline to file a response to the pending motion to dismiss. *See* Docket No. 23; *see also* Docket No. 22. The filing is labeled a "stipulation;" however, it is not signed by all parties who have appeared or their attorneys. *See* Docket No. 23 at 3; *see also* Docket; *see also* Local Rule 7-1. Further, the stipulation fails to provide a reason for the extension requested. *See* Docket No. 23; *see also* Local Rule IA 6-1.

1

1    Nonetheless, in the interest of deciding this case on its merits, and as a one-time courtesy
2 to the parties, the Court **GRANTS** the stipulation and **EXTENDS** the deadline for Plaintiff to
3 respond to the motion to dismiss to November 12, 2025.  Docket No. 23.
4    IT IS SO ORDERED.
5    Dated: November 12, 2025

                                                                _____
                                                                Nancy J. Koppe
                                                                United States Magistrate Judge