# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>ALL TYPE LLC, et al.,<br>    Defendants. | Case No. 2:25-cv-01452-RFB-NJK<br>**Order**<br>[Docket No. 33] |

Pending before the Court is the parties' proposed joint discovery plan and scheduling order. Docket No. 33.

The proposed discovery plan improperly imposes a stay of discovery pending the resolution of Defendants' motions to dismiss, without addressing the relevant standards. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

Accordingly, the joint discovery plan is **DENIED** without prejudice. Docket No. 33. The parties are **ORDERED** to submit an amended joint proposed discovery plan and scheduling order, or a proper request to stay discovery pending resolution of the motions to dismiss addressing the relevant standards, by December 16, 2025.

IT IS SO ORDERED.

Dated: December 9, 2025

Nancy J. Koppe
United States Magistrate Judge