Patrick R. Leverty, Esq.
Nevada Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
3100 W Charleston Blvd., Suite 200
Las Vegas, NV 89102
Ph. (702) 507-0201

MAILING ADDRESS
608 Lander Street
Reno, NV 89509
Ph. (775) 322-6636
*Attorney for Defendant All Type LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ALL TYPE, LLC, a Domestic Limited Liability Company; CORVEL CORPORATION; THE CHEESECAKE FACTORY, INC.; AMY REYES, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 2:25-CV-01452-APG-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ALL TYPE, LLC TO RESPOND TO SCOTTSDALE INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT** <br><br> **(FIRST REQUEST)** |

TO THE COURT:

Defendant All Type, LLC ("ALL TYPE") and Plaintiff Scottsdale Insurance Company ("Scottsdale"), by and through counsel, stipulate and agree as follows:

WHEREAS, this matter is declaratory judgment regarding duties or lack thereof, to defend and/or indemnify Defendant All Type with respect to certain damages alleged by Defendants Corvel Corporation, the Cheesecake Factory, Inc and Amy Reyes.

WHEREAS, Leverty & Associates Law filed a Notice of Appearance of Counsel on Behalf of Defendant All Type, LLC on January 21, 2016;

WHEREAS, the Parties, subject to this Court's approval, agree to extend the deadline for Defendant All Type to respond to Scottsdale's Complaint for Declaratory Judgment to February 11, 2026.

/ / / /



1

IT IS SO AGREED.

DATED: January 21, 2026

LEVERTY & ASSOCIATES LAW CHTD.

/S/ *Patrick Leverty*
Patrick R. Leverty, Esq.
3100 W. Charleston Blvd., Suite 200
Las Vegas, NV 89102
*Attorneys for Defendant All Type LLC*

DATED: January 21, 2026

SELMAN LEICHENGER EDSON HSU
NEWMAN & MOORE LLP

/S/ *David A. Astengo*
David A. Astengo, Esq.
33 New Montgomery, Suite 1850
San Francisco, CA 94105

MCKAY LAW FIRM CHTD.
Pamela A. McKay, Esq.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Designated for Nevada Service

*Attorneys for Plaintiff Scottsdale Insurance
Company*

**ORDER**

The Court, having considered the stipulation of the Parties and good cause appearing, extends Defendant Ally Type's time to respond to the Complaint for Declaratory Judgment until Wednesday, February 11, 2026.

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II**
**U.S. DISTRICT COURT JUDGE**

**DATED**: January 22, 2026.

2

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of Leverty & Associates Law Chtd., and that service of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ALL TYPE, LLC TO RESPOND TO SCOTTSDALE INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT** was made via the Court's electronic filing system to all listed counsel of record:

| | |
|---|---|
| SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP<br>David A, Astengo, Esq.<br>33 New Montgomery, Suite 1850<br>San Francisco, CA 94105<br>dastengo@selmanlaw.com | SHOOK & STONE, CHTD.<br>Leonard H. Stone, Esq.<br>Kurt D. Anderson, Esq.<br>710 South Fourth Street<br>Las Vegas, NV 89101<br>lstone@shookandstone.com<br>kanderson@shookandstone.com<br>Attorneys for Defendant Amy Reyes |
| MCKAY LAW FIRM CHTD.<br>Pamela A. McKay, Esq.<br>8440 West Lake Mead Blvd., Suite 112<br>Las Vegas, NV 89128<br>pmckay@mckaylawfirmchtd.com<br>Designated for Nevada Service<br><br>*Attorneys for Plaintiff Scottsdale Insurance Company* | HOOKS MENG & CLEMENT<br>Brandon B. Albright, Esq.<br>Shaun R. Meng, Esq.<br>2300 W Sahara Ave., Ste. 1100<br>Las Vegas, NV 89102<br>Shaun@hmc.law<br>Balbright@hmc.law<br>*Attorneys for Defendant CorVel Corp. and The Cheesecake Factory, Inc.* |

DATED: January 21, 2026

_____
An Employee of Leverty & Associates Law Chtd.

3